440 A.2d 1253

Commonwealth v. O'Brien, Appellant.

 Submitted December 5, 1980. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.